IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERNEST WASHINGTON, JR., KIM WASHINGTON, KERRY WASHINGTON, and JEREMY FREEMAN,<br>      Plaintiffs,<br><br>v.<br><br>CITY OF ARLINGTON, TEXAS, TARRANT COUNTY, TEXAS, AND TIM CURRY, CRIMINAL DISTRICT ATTORNEY IN AND FOR TARRANT COUNTY, TEXAS,<br>      Defendants. | §§§§§§§§§§§§ | Civil Action No. 4:05-CV-175-BE |

## JUDGMENT

Consistent with the Memorandum Opinion and Order entered this same date,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiffs Ernest Washington, Kim Washington, Kerry Washington and Jeremy Freeman shall take nothing against the Defendants City of Arlington, Tarrant County, and Tim Curry, and all claims and causes of actions against Defendants are hereby dismissed with prejudice.

Costs are taxed against the Plaintiffs.

SIGNED JUNE 23, 2005.

  /s/ Charles Bleil
CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE